UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 3:17-cr-25 (3) |
| v. : | |
| : | Judge Thomas M. Rose |
| ROBERT CHRISTOPHER GOODSON, : | |
| : | |
| Defendant. : | |

---

**ENTRY AND ORDER TO SHOW CAUSE**

---

On November 19, 2020, Defendant Robert Christopher Goodson ("Goodson") filed a *pro se* Motion for Compassionate Release. (Doc. 128.) On December 11, 2020, the Court entered the following Notation Order:

> NOTATION ORDER: Based on the December 10, 2020, appointment of counsel for Defendant Robert Christopher Goodson following the pro se filing of the motion for compassionate release (Doc 128), the Court clarifies that counsel for the defendant shall file a Notice of Intent in accordance with Amended General Order 20-21 on or before December 17, 2020. **The parties shall thereafter follow the procedures set forth in Amended General Order 20-21 with the MODIFICATION that counsel for the defendant shall have 7 days from the filing of any response by the Government to the motion for compassionate release in order to file a reply to the Government's response (or to file a notice indicating that no reply will be filed) before the Court will consider the matter ripe for adjudication**.

(12/11/2020 Notation Order (emphasis added).) Amended General Order 20-21 states, in relevant part:

> If the Notice [of Intent] indicates counsel for the defendant anticipates filing a supplement, the parties shall, before any supplement is filed and within 7 days of the filing of the Notice, confer with respect to the relief requested. If an agreement is reached between the parties on a proposed disposition of the defendant's pro se

1

> filing, the parties shall promptly so advise the Court. If no agreement is reached, counsel for the defendant shall have 14 days from the filing of the Notice [of Intent] in which to file a supplement to the defendant's pro se filing.

(S.D. Ohio Amended Gen. Ord. 20-21 at p. 2.)

On December 17, 2020, counsel for Goodson filed a Notice of Supplement to Defendant's Request for Release, in which he stated that he intends to supplement the compassionate release motion. (Doc. 130.) Therefore, in accordance with Amended General Order 20-21 and the Court's 12/11/2020 Notation Order, (1) the parties were to confer with respect to the relief requested on or before December 24, 2020; and (2) assuming that no agreement between the parties was reached, Goodson's counsel was to file a supplement to the motion for compassionate release on or before December 31, 2020. However, to date, no filing has been made in this case since the December 17, 2020 Notice, and the Court has not been advised of an agreement between the parties on a proposed disposition of the defendant's *pro se* motion.

While the Court recognizes that Goodson's counsel's Notice indicated that he had requested information from Goodson and from the prison, that does not excuse a failure to file a supplement or appropriate motion in a timely fashion. Accordingly, the Court **ORDERS** Goodson's counsel to **SHOW CAUSE**, <u>on or before January 8, 2021</u>, why a supplement to the motion for compassionate release has not been filed and, if appropriate, to file a motion seeking additional time to file a supplement to the motion for compassionate release.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, January 5, 2021.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE
